IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-347-FL

| | | |
|---|---|---|
| THEODORE WILLIAMS, JR., DETRICK LYNCH, BILLY WILLIAMS, DERREK HIGHTOWER, JAMES EPPS, JR., RANDY PRYOR, TERRANCE FOSTER, BEN CUTLER, RICO HORTON, DEREK BUTTS, ALONZA WILLIAMS, MIKE WILLIAMS, LARRY PRYOR | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| STATE OF NORTH CAROLINA, | ) ) | |
| Defendant. | ) | |

This matter is before the court on plaintiffs' motion for leave to proceed in forma pauperis (DE 1). United States Magistrate Judge Robert B. Jones, Jr., entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that the court dismiss plaintiffs' complaint. No objections to the M&R were filed. The magistrate judge determined that plaintiffs' complaint must be dismissed where it lacks an arguable basis in fact. See Neitzke v. Williams, 490 U.S. 319, 325 (1989). Upon careful review of the M&R and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. Accordingly, plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk of court is directed to close the case.

SO ORDERED, this the 20th day of August, 2018.

LOUISE W. FLANAGAN
United States District Judge