UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THEODORE WILLIAMS, JR, DETRICK LYNCH, BILLY WILLIAMS, DERREK HIGHTOWER, JAMES EPPS, JR., RANDY PRYOR, TERRANCE FOSTER, BEN CUTLER, RICO HORTON, DEREK BUTTS, ALONZA WILLIAMS, MIKE WILLIAMS, and LARRY PRYOR<br>            Plaintiffs,<br><br>v.<br><br>STATE OF NORTH CAROLINA<br>            Defendant. | **JUDGMENT**<br>5:18-cv-347-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Order and Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 20, 2018, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 20, 2018, and Copies To:**
Theodore Williams, Jr. (via US mail) 3024 Riverbrook Dr, Raleigh, NC 27610.

August 20, 2018                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk